Stephen J. Calvacca, Esq.
CALVACCA MORAN
66 Frazer Road
P.O. Box 1334
West Falmouth, MA 02574-1334

Craig A. Caldwell, Esq.
PORTER, SCOTT, WEIBERG & DELEHANT
350 University Avenue, Suite 200
Sacramento, CA 95825

Amy Wilkins, Esq.
LEWIS AND ROCA LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429

Dan Poretti, Esq.
RIDER BENNETT, LLP
Suite 4900, 33 South Sixth Street
Minneapolis, MN 55402

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGV GAMING, LTD., a Florida partnership,<br><br>   Plaintiff,<br>vs.<br><br>UPSTREAM POINT MOLATE, LLC, a California limited liability company, and HARRAH'S OPERATING COMPANY, INC., a Delaware corporation,<br><br>   Defendants.<br>_____/<br>GUIDIVILLE BAND OF POMO INDIANS,<br><br>   Plaintiff,<br>vs.<br><br>NGV GAMING LTD., a Florida partnership,<br><br>   Defendant.<br>_____/ | CASE NO.: 3:04-CV-03955 SC<br>              3:05-CV-01605 SC<br><br>STIPULATION TO EXTEND TIME FOR NGV GAMING LTD TO FILE CONSOLIDATED OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT; ~~PROPOSED~~ ORDER |

**IT IS HEREBY STIPULATED AND AGREED** by and between NGV GAMING, LTD., UPSTREAM POINT MOLATE, LLC, HARRAH'S OPERATING COMPANY, INC.

1

STIPULATION TO EXTEND TIME; PROPOSED ORDER
CASE NO.: 3:04-CV-03955 SC/3:05-CV-01605 SC

00381964.WPD

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

and GUIDIVILLE BAND OF POMO INDIANS, by and through their undersigned counsel, that NGV GAMING, LTD shall have up to and including September 6, 2005, in which to file a consolidated opposition to the motion for summary judgment as filed by UPSTREAM POINT MOLATE, LLC and HARRAH'S OPERATING COMPANY, INC., Case No. 3:04-CV-03955 SC, and the motion for summary judgment as filed by GUIDIVILLE BAND OF POMO INDIANS, Case No. 05-CV-01605 SC. Moving parties' respective replies to the consolidated opposition remain due pursuant to Local Rule 7-3(c); and the hearing remains scheduled for September 23, 2005.

DATED: 8/25/05    RIDER BENNETT, LLP.

By _____
Dan Poretti
Attorneys for HARRAH'S OPERATING CO., INC. & UPSTREAM POINT MOLATE, LLC

DATED: _____    LEWIS AND ROCA LLP

By _____
Amy M. Wilkins
Attorneys for GUIDIVILLE BAND OF POMO INDIANS

DATED: _____    PORTER, SCOTT, WEIBERG & DELEHANT

By _____
Craig A. Caldwell
Attorneys for NGV GAMING, LTD.

IT IS SO ORDERED.

DATED: _____    _____
Samuel Conti
United States District Senior Judge

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

2

STIPULATION TO EXTEND TIME; PROPOSED ORDER
CASE NO.: 3:04-CV-03955 SC/3:05-CV-01605 SC
00381964.WPD

1  and GUIDIVILLE BAND OF POMO INDIANS, by and through their undersigned counsel,
2  that NGV GAMING, LTD shall have up to and including September 6, 2005, in which to file
3  a consolidated opposition to the motion for summary judgment as filed by UPSTREAM
4  POINT MOLATE, LLC and HARRAH'S OPERATING COMPANY, INC., Case No.
5  3:04-CV-03955 SC, and the motion for summary judgment as filed by GUIDIVILLE BAND
6  OF POMO INDIANS, Case No. 05-CV-01605 SC. Moving parties' respective replies to the
7  consolidated opposition remain due pursuant to Local Rule 7-3(c); and the hearing remains
8  scheduled for September 23, 2005.

9  DATED: _____        RIDER BENNETT, LLP.

11                                 By _____
                                     Dan Poretti
12                                   Attorneys for HARRAH'S OPERATING CO.,
                                     INC. & UPSTREAM POINT MOLATE, LLC

14  DATED: Aug. 25, 2005          LEWIS AND ROCA LLP

16                                 By /s/ Amy Wilkins
                                     Amy M. Wilkins
17                                   Attorneys for GUIDIVILLE BAND OF POMO
                                     INDIANS

18  DATED: _____        PORTER, SCOTT, WEIBERG & DELEHANT

21                                 By _____
                                     Craig A. Caldwell
                                     Attorneys for NGV GAMING, LTD.

24  IT IS SO ORDERED.

25  DATED: _____        _____
                                   Samuel Conti
                                   United States District Senior Judge

28                                      2

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

STIPULATION TO EXTEND TIME; PROPOSED ORDER
CASE NO.: 3:04-CV-03955 SC/3:05-CV-01605 SC
00381964.WPD

and GUIDIVILLE BAND OF POMO INDIANS, by and through their undersigned counsel, that NGV GAMING, LTD shall have up to and including September 6, 2005, in which to file a consolidated opposition to the motion for summary judgment as filed by UPSTREAM POINT MOLATE, LLC and HARRAH'S OPERATING COMPANY, INC., Case No. 3:04-CV-03955 SC, and the motion for summary judgment as filed by GUIDIVILLE BAND OF POMO INDIANS, Case No. 05-CV-01605 SC. Moving parties' respective replies to the consolidated opposition remain due pursuant to Local Rule 7-3(c); and the hearing remains scheduled for September 23, 2005.

DATED: _____     RIDER BENNETT, LLP.


By _____
   Dan Poretti
   Attorneys for HARRAH'S OPERATING CO.,
   INC. & UPSTREAM POINT MOLATE, LLC

DATED: _____     LEWIS AND ROCA LLP


By _____
   Amy M. Wilkins
   Attorneys for GUIDIVILLE BAND OF POMO
   INDIANS

DATED: August 25, 2005    PORTER, SCOTT, WEIBERG & DELEHANT


         /s/ Craig A. Caldwell
By _____
   Craig A. Caldwell
   Attorneys for NGV GAMING, LTD.


IT IS SO ORDERED.

DATED: 8/26/05           _____
                         Samuel Conti
                         United States District Judge
                         [Signed: Judge Samuel Conti, United States District Court, Northern District of California]

2