| | |
|---|---|
| 1 | Stephen J. Calvacca, (Massachusetts Bar No. 656143 & Florida Bar No: 561495) |
| | LAW OFFICES OF CALVACCA MORAN |
| 2 | 66 Frazer Road, P.O. Box 1334 |
| | West Falmouth, MA  02574-1334 |
| 3 | (508) 540-9911 |
| | (508) 540-9977 (Facsimile) |
| 4 | Appearance Pro Hac Vice |

Terence J. Cassidy, SBN 099180
John R. Whitefleet. SBN 213301
**PORTER | SCOTT**
A Professional Corporation
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (Facsimile)

Attorneys for Plaintiff/Cross-Defendant NGV GAMING, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGV GAMING, LTD., a Florida partnership, | CASE NO.:  3:04-CV-03955 SC |
| | 3:05-CV-01605 SC |
| Plaintiff, | |
| vs. | |
| UPSTREAM POINT MOLATE, LLC, a California limited liability company, and HARRAH'S OPERATING COMPANY, INC., a Delaware corporation, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendants. | |
| _____/ | |
| GUIDIVILLE BAND OF POMO INDIANS, | |
| Plaintiff, | |
| vs. | |
| NGV GAMING LTD., a Florida partnership, | |
| Defendant. | |
| _____/ | |

///

///

1

**CASE NOS.: 04-3955 SC& 05-1605 SC**
00610120.WPD    STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1    IT IS HEREBY STIPULATED and AGREED by and between Plaintiff NGV GAMING, LTD. and Defendants HARRAH'S OPERATING COMPANY, INC., and UPSTREAM POINT MOLATE, LLC, by and through their undersigned counsel, that the Status Conference, currently scheduled for September 19, 2008 at 10:00 a.m. be rescheduled to November 14, 2008 at 10:00 a.m.

The parties submit good cause exists for the rescheduling of the Status Conference: Counsel for Defendants is not available due to a previously scheduled matter in Chicago, Illinois, and will not be able to attend the September 19, 2008, Status Conference. Given such, good cause exists for a short extension to continue the Status Conference to November 14, 2008 at 10:00 a.m.

Respectfully submitted,

Dated: September 3, 2008          PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


                                  By   /s/ John R. Whitefleet
                                       John R. Whitefleet
                                       Attorneys for NGV GAMING, LTD.

Dated: September 3, 2008          HALLELAND LEWIS NILAN & JOHNSON


                                  By   /s/ Stanley E. Siegel, Jr.
                                       Stanley E. Siegel, Jr.
                                       Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: __September 4, 2008__       _____
                                   Honorable [signature: Judge Samuel Conti]
                                   United States District Court Judge

2

CASE NOS.: 04-3955 SC & 05-1605 SC
00610120.WPD    STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE