Stephen J. Calvacca, Esq.
LAW OFFICES OF CALVACCA MORAN
66 Frazer Road, P.O. Box 1334
West Falmouth, MA 02574-1334
Telephone: (508) 540-9911
Facsimile: (508) 540-9977
Appearance Pro Hac Vice  And

Terrence J. Cassidy SBN #099180
John R. Whitefleet, SBN #213301
PORTER, SCOTT, WEIBERG & DELEHANT, PC
P.O. Box 255428
Sacramento, CA 95865
Tel:    (916) 929-1481
Fax:   (916) 927-3706
ATTORNEYS FOR: NGV Gaming, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGV GAMING, LTD.<br>a Florida Limited Partnership,<br><br>Plaintiff,<br>v.<br><br>HARRAH'S OPERATING COMPANY, INC.,<br>a Delaware Corporation,<br><br>Defendant. | No. 3:04-CV-03955 SC<br><br>Date: April 17, 2009<br>Judge: Hon. Samuel Conti<br>Time: 10:00 AM<br>Location: Courtroom 1<br><br>**JOINT STIPULATION FOR**<br>**TRIAL SETTING CONFERENCE**<br>and ~~PROPOSED~~ **ORDER** |

In consideration of the January 26, 2009 denial by the United States Supreme Court of the Petition for Certiorari of defendant Harrah's Operating Company, Inc. ("Harrah's"), as shown in the attached order, the parties request that the stay entered by this Court on November 18, 2008 be lifted and discovery allowed to proceed. As grounds, the parties state that the Order of this Court staying the case states "the Court STAYS the proceedings pending the Supreme Court's ruling on Harrah's petition for certiorari" and, accordingly, the Order has expired by its

1 terms.

2 Further, the parties jointly request a trial setting conference be scheduled for April 17,

3 2009 at 10:00 am in Courtroom 1 and state that they will jointly submit a Supplemental Case

4 Management Statement at least seven (7) days prior to said conference.

|  |  |
|---|---|
| *[signature]*<br>Stanley E. Siegel, Jr.<br>Halleland, Lewis, Nilan & Johnson<br>600 US Bank Plaza South<br>200 South 6th St.<br>Minneapolis, MN  55402-4501 | Respectfully submitted,<br><br>*[signature]*<br>Stephen J. Calvacca, Esquire<br>Massachusetts Bar No. 656143<br>Florida Bar No: 561495<br>Law Offices of Calvacca Moran<br>P.O. Box 1334   66 Frazar Road<br>W. Falmouth, MA 02574<br>Telephone: (508) 540-9911<br>Facsimile: (508) 540-9977<br><br>Attorneys for Plaintiff<br>NGV Gaming, Ltd<br>Admitted Pro Hac Vice |
| and | and |
| Robert H. Zimmerman, Esq.<br>Schuering Zimmerman Scully & Doyle, LLP<br>400 University Avenue<br>Sacramento, CA  95825<br>Tel:    (916) 567-0400<br>Fax:    (916) 568-0400<br><br>Attorneys for Defendant<br>Harrah's Operating Company | Terrence J. Cassidy SBN #099180<br>John R. Whitefleet, SBN #213301<br>PORTER, SCOTT, WEIBERG &<br>DELEHANT, PC<br>P.O. Box 255428<br>Sacramento, CA 95865<br>Tel:    (916) 929-1481<br>Fax:    (916) 927-3706<br><br>Attorneys for Plaintiff<br>NGV Gaming, Ltd. |

ORDER TO LIFT STAY, RESUME DISCOVERY AND FOR TRIAL CONFERENCE

The Joint Stipulation for Trial Setting Conference and Proposed Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

Dated: 2/2/09

IT IS SO ORDERED

Judge Samuel Conti

Samuel C
United St

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Joint Stipulation for Trial Setting Conference and Proposed Order was served by first class mail, postage prepaid, upon the following counsel of record:

Stanley E. Siegel, Jr.
Halleland, Lewis, Nilan & Johnson
600 US Bank Plaza South
200 South 6th St.
Minneapolis, MN 55402-4501

on this 2nd day of February, 2009.

Stephen J. Calvacca