Stephen J. Calvacca, Esq.
Susan L. Moran, Esq.
LAW OFFICES OF CALVACCA MORAN
66 Frazer Road, P.O. Box 1334
West Falmouth, MA 02574-1334
Telephone: (508) 540-9911
Facsimile: (508) 540-9977
Appearance Pro Hac Vice and

Terry Cassidy, SBN #099180
John Whitefleet, SBN #213301
PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation
P.O. Box 255428
Sacramento, CA 95865
Tel: (916) 929-1481
Fax: (916) 927-3706
ATTORNEYS FOR: NGV Gaming, Ltd.

TO BE REFERRED TO
MAGISTRATE JOSEPH C. SPERO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NGV GAMING, LTD.
a Florida Limited Partnership,

Plaintiff,

v.

HARRAH'S OPERATING COMPANY, INC.,
a Delaware Corporation,

Defendant.

No. 3:04-CV-03955 SC

Judge: Samuel Conti

JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF HEARING DATE ON NGV'S MOTION FOR CLARIFICATION (DOC. 225)

The parties herein hereby stipulate and agree that the hearing date on NGV's Motion for Discovery Clarification of 10-5-05 Order (Doc. 225) currently scheduled for September 18, 2009 at 9:30 am be continued at the request of Harrah's to September 25, 2009 at 9:30 am. The parties further stipulate and agree that NGV's reply to Harrah's opposition to said motion shall be served and filed no later than September 18, 2009.

1

WHEREFORE, the parties respectfully request that this Court enter an order entering this Joint Stipulation as an Order of the Court.

Respectfully submitted,

*[signature]*
_____
Stanley E. Siegel, Jr.
Halleland, Lewis, Nilan & Johnson
600 US Bank Plaza South
200 South 6th St.
Minneapolis, MN  55402-4501

/S/ *[signature]*
_____
Stephen J. Calvacca, Esquire
Massachusetts Bar No. 656143
Susan L. Moran, Esquire
Massachusetts Bar No. 548566
Law Offices of Calvacca Moran
P.O. Box 1334   66 Frazar Road
W. Falmouth, MA 02574
Telephone: (508) 540-9911
Facsimile: (508) 540-9977
Attorneys for Plaintiff
NGV Gaming, Ltd
Admitted Pro Hac Vice

and

Terrence J. Cassidy SBN #099180
John R. Whitefleet, SBN #213301
PORTER, SCOTT, WEIBERG &
DELEHANT, PC
P.O. Box 255428
Sacramento, CA 95865
Tel:    (916) 929 1481
Fax:   (916) 927 3706

Attorneys for Plaintiff
NGV Gaming, Ltd.

1
2  ORDER ENDORSING STIPULATION TO CONTINUE HEARING DATE ON NGV'S
3                        MOTION FOR CLARIFICATION
4
5
6  The Joint Stipulation to Continue Hearing Date on NGV's Motion for Clarification and

7  Proposed Order is hereby adopted by the Court and the parties are ordered to comply with this

8  Order.

9

20  Dated: 09/03/09

           _____
           Joseph [signature — Judge Joseph C. Spero]
           United States Magistrate

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Joint Stipulation to Continue Hearing Date on NGV's Motion for Clarification and Proposed Order was filed electronically with the Clerk of the Court through ECF and that accordingly ECF will send an e-notice of the electronic filing to counsel of record:

John Robert Whitefleet
jwhitefleet@porterscott.com

Stanley E. Siegel, Jr.                    Robert H. Zimmerman
ssiegel@halleland.com                     rhz@szs.com

Terence J. Cassidy
tcassidy@porterscott.com

on this 3rd day of September, 2009.

_____
Stephen J. Calvacca