```
 1  HALLELAND LEWIS NILAN & JOHNSON, P.A.
    Stanley E. Siegel, Jr. (MN Bar # 199552)
    Daniel Q. Poretti (MN Bar # 185152)
 2  600 U.S. Bank Plaza South
    220 South Sixth Street
 3  Minneapolis, MN 55402
    Telephone: (612) 338-1838
 4  Fax: (612) 338-7858
    Admitted Pro Hac Vice
 5
    and
 6
    Steven M. McKinley, Esq. (CA Bar # 195526)
 7  Robert H. Zimmerman, Esq.
    Schuering Zimmerman Scully & Doyle, LLP
 8  400 University Avenue
    Sacramento, California 95825
 9  Telephone: (916) 567-0400
    Fax: (916) 568-0400
10
    Attorneys for Defendant Harrah's Operating Company, Inc.
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGV GAMING, LTD., a Florida partnership,<br><br>            Plaintiff,<br>vs.<br>HARRAH'S OPERATING COMPANY, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 04-CV-03955 SC<br><br>**JOINT MOTION AND STIPULATION TO EXTEND MEDIATION DEADLINE TWELVE BUSINESS DAYS UNTIL DECEMBER 8, 2009** |

ND: 4830-8011-6996, v. 1

## JOINT MOTION AND STIPULATION TO EXTEND MEDIATION DEADLINE TWELVE BUSINESS DAYS UNTIL DECEMBER 8, 2009

Under the Court's current scheduling order, private mediation in this case is scheduled to be completed by November 20, 2009. *See D.I. No. 187.* On September 23, 2009, the Court ordered that the mediation be personally attended by Alan Ginsburg, Plaintiff's CEO, and Gary Loveman, Defendant's CEO. *See D.I. No. 262.* Since the issuance of the Court's September 23, 2009 Order, the parties have been working diligently between themselves to get the private mediation ordered by the Court scheduled. Despite the best efforts of the parties, their counsel, their principals (including CEOs Alan Ginsberg and Gary Loveman), and the mediator Paul A. Finn of Commonwealth Mediation, the first date that the necessary constituents all are jointly available is Tuesday, December 8, 2009. The parties therefore respectfully request that the mediation deadline be postponed by twelve business days until that date. The parties have already reserved this date with Mr. Finn, the respective CEO's and the attorneys, and have agreed on a location. The proposed deadline coincides with the discovery deadline in this case and is two months before the scheduled trial date. As such, the parties do not believe that this modest extension will affect any other aspect of the case. Moreover, by allowing the continuance it will be assured that all necessary constituents to the litigation will be present at the mediation, which will maximize the likelihood of negotiating a settlement of the case.

-1-

ND: 4830-8011-6996, v. 1

| | |
|---|---|
| | Respectfully submitted, |
| _____<br>Stanley E. Siegel, Jr.<br>Halleland, Lewis, Nilan & Johnson<br>600 US Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4501 | _____<br>Stephen J. Calvacca, Esquire<br>Law Offices of Calvacca Moran<br>P.O. Box 1334<br>66 Frazar Road<br>W. Falmouth, MA 02574 |
| | and |
| and<br>Robert H. Zimmerman, Esq.<br>Schuering Zimmerman Scully & Doyle, LLP<br>400 University Avenue<br>Sacramento, CA  95825<br>Tel:   (916) 567-0400<br>Fax:  (916) 568-0400 | Terrence J. Cassidy<br>John R. Whitefleet<br>PORTER, SCOTT, WEIBERG &<br>DELEHANT, PC<br>P.O. Box 255428<br>Sacramento, CA 95865<br>Tel:   (916) 929-1481<br>Fax:  (916) 927-3706 |
| Attorneys for Defendant<br>Harrah's Operating Company | Attorneys for Plaintiff<br>NGV Gaming, Ltd. |

-2-

Joint Motion and Stipulation to Extend Mediation Deadline Twelve Business Days Until December 8, 2009

No. C-04-3955 (SC)

ND: 4830-8011-6996, v. 1

*In case # 04-CV03955 SC Northern Dist. of Calif. to Extend deadline.*

## ORDER

The parties Joint Motion is hereby GRANTED. Private mediation shall be completed by December 8, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Oct 8/09

Honorable Samuel Conti
**UNITED STATES DISTRICT JUDGE**

*No further extensions will be granted. SC*

-3-

Joint Motion and Stipulation to Extend Mediation Deadline Twelve Business Days Until December 8, 2009

No. C-04-3955 (SC)

ND: 4830-8011-6996, v. 1