**United States District Court**
For the Northern District of California

1
2
3                        UNITED STATES DISTRICT COURT
4                        NORTHERN DISTRICT OF CALIFORNIA
5
6   NGV GAMING, LTD.,                        No. C04-3955 SC (JCS)
7              Plaintiff(s),                 Consolidated Case No. C-05-1605 SC
8        v.
9                                            **ORDER DENYING DEFENDANT'S
    UPSTREAM POINT MOLATE, LLC,              MOTION FOR RECONSIDERATION**
10  a California limited liability company, and   **[Docket No. 276]**
    HARRAH'S OPERATING COMPANY,
11  INC., a Delaware corporation,
12             Defendant(s).
    _____/
13
    GUIDIVILLE BAND OF POMO INDIANS,
14
               Plaintiff(s),
15
         v.
16
    NGV GAMING, LTD., a Florida partnership,
17
               Defendant.
18  _____/
19          On October 7, 2009, Defendant filed a letter construed as a Motion for Reconsideration of
20  the Court's Order re: Joint Motion to Compel Discovery.
21          The Court has reviewed the transcript and determined that the previous Order on the Motions
22  to Compel was correct and this objection was not raised at the hearing.  Therefore, IT IS HEREBY
23  ORDERED that the Motion to Reconsider is DENIED.
24          IT IS SO ORDERED
25
26  Dated:   October 9, 2009
27                                           _____
                                             JOSEPH C. SPERO
28                                           United States Magistrate Judge