UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGV GAMING, LTD., | No. C-04-3955 SC (JCS) <br> Consolidated Case No. C-05-1605 SC |
| Plaintiff(s), | |
| v. | **ORDER RE LEWIS & ROCA INVOICES** <br> **[Docket No. 291 and 303]** |
| UPSTREAM POINT MOLATE, LLC, a California limited liability company, and HARRAH'S OPERATING COMPANY, INC., a Delaware corporation, | |
| Defendant(s). | |
| GUIDIVILLE BAND OF POMO INDIANS, | |
| Plaintiff(s), | |
| v. | |
| NGV GAMING, LTD., a Florida partnership, | |
| Defendant. | |

On October 6, 2009 this Court ordered the parties and the Guidiville Band of Pomo Indians (the "Band") to brief the question of whether the invoices of Lewis and Roca at issue, which are in the possession of Harrah's, are protected from disclosure by the Band's sovereign immunity. Docket No. 275 at paragraph 8. The Band filed a brief on October 9, which addressed the invoices in section V. However, the Band provided no authority for the proposition that invoices in the possession of Harrah's would be protected from disclosure by sovereign immunity. .

Accordingly, these invoices shall be produced immediately. True privileged communications and attorney work product may be redacted.

IT IS SO ORDERED.

Dated: October 13, 2009

JOSEPH C. SPERO
United States Magistrate Judge