Stephen J. Calvacca, Esq.
Susan L. Moran, Esq.
LAW OFFICES OF CALVACCA MORAN
66 Frazar Road, P.O. Box 1334
West Falmouth, MA  02574-1334
Tel: (508) 540-9911; Fax: (508) 540-9977
**Appearance Pro Hac Vice** and

Terrence J. Cassidy SBN #099180
John R. Whitefleet, SBN #213301
PORTER, SCOTT, WEIBERG & DELEHANT, PC
P.O. Box 255428  Sacramento, CA 95865
Tel:    (916) 929-1481   Fax: (916) 927-3706
ATTORNEYS FOR: NGV Gaming, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NGV GAMING, LTD. ) No. 3:04-CV-03955 SC
a Florida Limited Partnership, )
)
Plaintiff, ) Judge: Hon. Samuel Conti
v. )
)
HARRAH'S OPERATING COMPANY, INC., ) **JOINT STIPULATION**
a Delaware Corporation, ) **OF DISMISSAL**
) **WITH PREJUDICE**
Defendant. ) **PURSUANT TO**
_____ / <u>**FED.R.CIV.P. 41**</u>

    The parties hereby stipulate to dismiss the above action with prejudice, each side to bear its own costs and fees, pursuant to the Settlement Agreement and Mutual Release executed by the parties.  A proposed Order granting a dismissal with prejudice to defendant Harrah's Operating Company, Inc. as to all claims by plaintiff NGV Gaming, Ltd. is filed herewith.

| | |
|---|---|
| <u>/s/Stanley E. Siegel, Jr.</u> | <u>/s/Stephen J. Calvacca</u> |
| Stanley E. Siegel, Jr., Esquire | Stephen J. Calvacca, Esquire |
| Minnesota Bar No. 199552 | Massachusetts Bar No. 656143 |
| Halleland Lewis Nilan & Johnson, PA | Florida Bar No: 561495 |
| 400 One Financial Plaza | Law Offices of Calvacca Moran |
| 120 South Sixth Street | P.O. Box 1334   66 Frazar Road |
| Minneapolis, MN 55402-4501 | W. Falmouth, MA 02574 |
| Tel: (612) 305-7527 | Tel: (508) 540-9911 Fax:(508) 540-9977 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Joint Stipulation of Dismissal with Prejudice Pursuant to Fed.R.Civ.P. 41 and proposed Order were filed electronically with the Clerk of the Court through ECF and that accordingly ECF will send an e-notice of the electronic filing to counsel of record:

on this 15th day of December, 2009.

/s/ Stephen J. Calvacca

Stephen J. Calvacca, Esq.
Susan L. Moran, Esq.
LAW OFFICES OF CALVACCA MORAN
66 Frazar Road, P.O. Box 1334
West Falmouth, MA  02574-1334
Tel: (508) 540-9911; Fax: (508) 540-9977
**Appearance Pro Hac Vice** and

Terrence J. Cassidy SBN #099180
John R. Whitefleet, SBN #213301
PORTER, SCOTT, WEIBERG & DELEHANT, PC
P.O. Box 255428  Sacramento, CA 95865
Tel:    (916) 929-1481   Fax: (916) 927-3706
ATTORNEYS FOR: NGV Gaming, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NGV GAMING, LTD.<br>a Florida Limited Partnership, | ) ) ) | No. 3:04-CV-03955 SC |
| Plaintiff, | ) | Judge: Hon. Samuel Conti |
| v. | ) ) | |
| HARRAH'S OPERATING COMPANY, INC.,<br>a Delaware Corporation, | ) ) ) | **ORDER<br>OF DISMISSAL<br>WITH PREJUDICE** |
| Defendant. | ) ) / | **PURSUANT TO<br><u>FED.R.CIV.P. 41</u>** |

   The Court, having reviewed the Joint Stipulation of Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41, HEREBY ORDERS SAID MOTION IS GRANTED and this action is hereby dismissed with prejudice, each party to bear its own costs.

Dated:  12/15/09                      _____
                                       Samuel C. Conti, District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*